| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | FILED DEC 20 2006 CLERK, U.S. DISTRICT DISTRICT OF COLUMBIA | 3:01CR27-001 |
| | | | DOCKET NUMBER *(Rec. Court)* |
| | | | PT07-345 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Thomas Gregory Davis | West Virginia Northern | Martinsburg |
| FILED DEC 20 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | NAME OF SENTENCING JUDGE | |
| | W. Craig Broadwater | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/07/05 — TO 10/06/08 |

| OFFENSE |
|---|
| Distribution of .48 Gram of Crack Cocaine |
| Ct. 3  21:841 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7 August 2006                                W. Craig Broadwater
*Date*                                       *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Washington, D.C.

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

19 December 2006                             [signature]
*Effective Date*                             *United States District Judge*