Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

January 3, 2007

Clerk, U.S. District Court
for the Northern District
of West Virginia
Federal Building
1st Floor
217 West King Street
Martinsburg, WV 25401

In re: U.S.A. vs Thomas Gregory Davis
Probation/Supervised Release Transfer
Your Case Number: 3:01CR27-001
Our Case Number: PT 07-345

Dear Clerk,

Our office is in receipt of a Transfer of Jurisdiction form 22, filed pursuant to 18 U.S.C. 3605.

Kindly forward certified copies of the docket sheet, Indictment/Information, and Judgment and Commitment Order to our office.

I am forwarding a certified copy of the original transfer of jurisdiction order for your records.

Thank you for your assistance in this matter.

Very truly yours,

NANCY MAYER-WHITTINGTON, CLERK

By: *Linda Pugh*, (202) 354-3173
Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office