CLOSED

# U.S. District Court
# Northern District of West Virginia [Live] (Martinsburg)
# CRIMINAL DOCKET FOR CASE #: 3:01-cr-00027-WCB-ALL
# Internal Use Only

PT 07-345-TFH

Case title: USA v. Davis                    Date Filed: 12/05/2001

Assigned to: District Judge
W. Craig Broadwater

FILED
JAN 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Defendant**

**Thomas Gregory Davis, Jr.**    represented by **Paul G. Taylor**
(1)                                              Law Offices of Paul G.
*TERMINATED: 05/14/2002*                         Taylor
*also known as*                                  PO Box 6086
Snoop (1)                                        Martinsburg, WV 25402
                                                 304/263-7900
                                                 Fax: 304-263-5545
                                                 Email: taylorpaulg@aol.com
                                                 *TERMINATED: 05/14/2002*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE*
                                                 *NOTICED*
                                                 *Designation: CJA*
                                                 *Appointment*

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office.
ATTEST: Dr. Wally Edgell
Clerk, U.S. District Court
Northern District of West Virginia
By: [signature]
Deputy Clerk

**Pending Counts**                               **Disposition**

                                                 Dft. pled guilty to count 3.
                                                 Dft. to be incarcerated for a
21:841A=ND.F                                     term of 51 months; 3 years
NARCOTICS - SELL,                                supervised release; special
DISTRIBUTE, OR                                   assessment of $100.00 paid in
DISPENSE                                         full. Counts 1 and 2 are

(3) dismissed upon motion by AUSA.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**          **Disposition**

21:841A=ND.F
NARCOTICS - SELL,
DISTRIBUTE, OR
DISPENSE
(1-2)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                 **Disposition**

None

---

**Plaintiff**

**USA**                        represented by **Thomas O. Mucklow**
                               U.S. Attorney's Office - Mrt.
                               U.S. Courthouse
                               217 W. King Street, Suite 400

                               Martinsburg, WV 25401
                               304-262-0590
                               Fax: 304-262-0591
                               Email:
                               tom.mucklow@usdoj.gov
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE*

*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2001 | 1 | INDICTMENT as to Thomas Gregory Davis (1) counts 1-3. (Copy to Judge Broadwater, Mag. Judge Joel, AUSA-M, AUSA-W, USM, USPO) (njz) (Entered: 12/06/2001) |
| 12/06/2001 | | Arrest WARRANT issued as to Thomas Gregory Davis Jr. (Orig. + 2 to USM for service) (njz) (Entered: 12/06/2001) |
| 12/06/2001 | | **Added Government Attorney Thomas O. Mucklow as to Thomas Gregory Davis Jr. (njz) (Entered: 12/06/2001) |
| 12/10/2001 | | Initial appearance as to Thomas Gregory Davis Jr. held 12/10/01 in Martinsburg. Arraignment set for 12/19/01 (no time set) (Defendant informed of rights.) (njz) (Entered: 12/10/2001) |
| 12/10/2001 | 2 | APPEARANCE BOND (PR) entered by Thomas Gregory Davis Jr. in the amount of $10,000.00. (Copy to Judge Broadwater, AUSA, USPO, USM, and dft.) (njz) Modified on 12/11/2001 (Entered: 12/11/2001) |
| 12/10/2001 | 3 | ORDER Setting Conditions of Release as to Thomas Gregory Davis Jr. Bond set to PR $10,000.00 . (Signed by Magistrate Judge David J. Joel) (Copy to Judge Broadwater, AUSA, USPO, USM, and dft.) (njz) (Entered: 12/11/2001) |
| 12/12/2001 | 4 | ORDER as to Thomas Gregory Davis Jr., a setting Arraignment for 9:00am on 12/19/01 for Thomas Gregory Davis Jr. before Mag. Joel . (Signed by Magistrate Judge David J. Joel) (Copy to Judge Broadwater, 24KD, AUSA, USPO, USM, counsel of record, dft.)) (sds) (Entered: 12/12/2001) |

| | | |
|---|---|---|
| 12/12/2001 | 5 | CJA 20 as to Thomas Gregory Davis Jr.: Appointment of Attorney Paul G. Taylor. (Signed by Magistrate Judge David J. Joel) (c to 2410, counsel)_ (fce) (Entered: 12/12/2001) |
| 12/19/2001 | | Arraignment as to Thomas Gregory Davis Jr. held 12/19/01 in Martinsburg. (njz) (Entered: 12/19/2001) |
| 12/19/2001 | 7 | ARREST WARRANT Returned Executed as to Thomas Gregory Davis Jr. on 12/10/01. (c. to 2410, 24KD) (sds) (Entered: 12/21/2001) |
| 12/21/2001 | 6 | SCHEDULING ORDER as to Thomas Gregory Davis Jr. setting Discovery cutoff 12/26/01; Plea Agreement deadline on 2/15/02; Motion Filing deadline on 1/7/02; Response to motions due 1/14/02; Referred Motions Hearing set for 9:00 1/18/02; Pretrial Conference for 10:30 2/19/02; Proposed Exhibit List set for 2/8/02; Proposed Witness set for 2/8/02; Jury Selection and trial for 8:30 2/22/02 in Martinsburg; Motions In Limine due by 2/15/02; Prop. Jy. Instructions w/ Ver sheet set for 2/15/02; Proposed Voir Dire Questions set for 2/15/02. (Signed by Magistrate Judge David J. Joel) (Copy to Judge Broadwater, Mag. Judge Joel, AUSA, USPO, USM, counsel, and dft. (via counsel) (Copy to Judge) (njz) (Entered: 12/21/2001) |
| 12/28/2001 | 8 | Request for discovery by USA as to Thomas Gregory Davis Jr. (Copy to Judge Broadwater and Mag. Judge Joel) (njz) (Entered: 12/28/2001) |
| 12/28/2001 | 9 | Discovery disclosure by USA as to Thomas Gregory Davis Jr. (Copy to Judge Broadwater and Mag. Judge Joel) (njz) (Entered: 12/28/2001) |
| 12/28/2001 | 10 | RESPONSE to [8-1] AUSA requests for discovery by Thomas Gregory Davis Jr. (Copy to Judge Broadwater and Mag. Judge Joel) (njz) (Entered: 12/28/2001) |
| 01/08/2002 | 11 | MOTION with Memorandum in Support by Thomas Gregory Davis Jr. for Disclosure of grand jury |

| | | |
|---|---|---|
| | | testimony . (Copy to Judge Broadwater and Mag. Judg Joel) (njz) (Entered: 01/09/2002) |
| 01/08/2002 | 12 | MOTION with Memorandum in Support by Thomas Gregory Davis Jr. for Bill of Particulars . (Copy to Judge Broadwater and Mag. Judge Joel) (njz) (Entered: 01/09/2002) |
| 01/11/2002 | 13 | ORDER as to Thomas Gregory Davis Jr. setting Motion Hearing [12-1] motion for Bill of Particulars, [11-1] motion for of grand jury testimony . (Signed by Magistrate Judge David J. Joel) (Copy to Judge Broadwater, Mag. Judge Joel, AUSA, USPO, USM, counsel, and dft. (via counsel) (njz) (Entered: 01/11/2002) |
| 01/11/2002 | 14 | ORDER Referring Motion(s) to Magistrate Judge David J. Joel as to Thomas Gregory Davis Jr.: [12-1] motion for Bill of Particulars, [11-1] motion for Disclosure of grand jury testimony. (Signed by Judge W. Craig Broadwater) (Copies to Judge Broadwater, Magistrate Judge Joel, Counsel, Defendant (via counsel), AUSA, USPO, USM) (njz) (Entered: 01/11/2002) |
| 01/15/2002 | 15 | RESPONSE to [12-1] motion for Bill of Particulars, [11-1] motion for Disclosure of grand jury testimony by USA as to Thomas Gregory Davis Jr. (Copy to Judge Broadwater and Mag. Judge Joel) (njz) (Entered: 01/15/2002) |
| 02/07/2002 | 16 | Proposed Witness list by USA as to Thomas Gregory Davis Jr. (Copy to Judge Broadwater) (njz) (Entered: 02/07/2002) |
| 02/07/2002 | 17 | Proposed Jury instructions as to Thomas Gregory Davis Jr. (Copy to Judge Broadwater) (njz) (Entered: 02/07/2002) |
| 02/07/2002 | 18 | Proposed Exhibit list by USA as to Thomas Gregory Davis Jr. (Copy to Judge Broadwater) (njz) (Entered: |

| | | |
|---|---|---|
| | | 02/07/2002) |
| 02/07/2002 | | Motion hearing NOT held as to Thomas Gregory Davis Jr. re: [12-1] motion for Bill of Particulars, [11-1] motion for of grand jury testimony. Dft. did not show for hearing. Warrant for arrest requested and granted. (njz) (Entered: 02/07/2002) |
| 02/07/2002 | | ORAL ORDER as to Thomas Gregory Davis Jr. denying [12-1] motion for Bill of Particulars, denying [11-1] motion for Disclosure of grand jury testimony. (Entered by Magistrate Judge David J. Joel) (njz) (Entered: 02/07/2002) |
| 02/07/2002 | | Courtroom Minutes: Dft. did not show for motion hearing set for 2/7/02 in Martinsburg. Warrant for arrest requested and granted for dft. (njz) (Entered: 02/07/2002) |
| 02/07/2002 | 19 | ORDER as to Thomas Gregory Davis Jr. rescheduling Pretrial Conference for 2:30 2/19/02 in Martinsburg. (Signed by Judge W. Craig Broadwater) (Copy to Judge Broadwater, AUSA, USPO, USM, counsel, and dft. (via counsel) (njz) (Entered: 02/07/2002) |
| 02/07/2002 | | Bench WARRANT issued as to Thomas Gregory Davis Jr. (Orig. + 2 to USM for service) (njz) (Entered: 02/07/2002) |
| 02/07/2002 | 20 | ORDER issuing arrest warrant as to Thomas Gregory Davis Jr. (Signed by Magistrate Judge David J. Joel) (Copy to Judge Broadwater, Mag. Judge Joel, AUSA, USPO, USM, counsel, and dft. (via counsel) (njz) (Entered: 02/07/2002) |
| 02/11/2002 | | Status conference as to Thomas Gregory Davis Jr. held 2/11/02 in Martinsburg. Dft. present w/out counsel. Dft. released on previous bond. Motion hearing to be rescheduled. (njz) (Entered: 02/11/2002) |
| 02/11/2002 | 21 | MOTION by Thomas Gregory Davis Jr. to Continue |

| | | |
|---|---|---|
| | | trial . (Copy to Judge Broadwater) (njz) (Entered: 02/11/2002) |
| 02/11/2002 | 22 | ORDER of status conf. 2/11/02 as to Thomas Gregory Davis Jr. (Signed by Magistrate Judge David J. Joel) (Copy to Judge Broadwater, Mag. Judge Joel, AUSA, USPO, USM, counsel, and dft. (via counsel) (njz) (Entered: 02/11/2002) |
| 02/11/2002 | 23 | RESPONSE to [21-1] motion to Continue trial by USA as to Thomas Gregory Davis Jr. (Copy to Judge Broadwater) (njz) (Entered: 02/12/2002) |
| 02/11/2002 | 24 | Arrest WARRANT Returned Executed as to Thomas Gregory Davis Jr. on 2/11/02. (Copy to Judge Broadwater) (njz) (Entered: 02/12/2002) |
| 02/13/2002 | | Proposed Plea Agreement as to Thomas Gregory Davis Jr. (Copy to Judge Broadwater) (njz) (Entered: 02/14/2002) |
| 02/14/2002 | 25 | ORDER as to Thomas Gregory Davis Jr. setting Plea Agreement Hearing for 2:30 2/19/02 in Martinsburg . (Signed by Judge W. Craig Broadwater) (Copy to Judge Broadwater, AUSA, USPO, USM, counsel, and dft. (via counsel) (njz) (Entered: 02/14/2002) |
| 02/14/2002 | | **Terminated deadlines as to Thomas Gregory Davis Jr. (njz) (Entered: 02/14/2002) |
| 02/19/2002 | | Plea Agreement Hearing as to Thomas Gregory Davis Jr. held 2/19/02 in Martinsburg. (njz) (Entered: 02/19/2002) |
| 02/19/2002 | | PLEA of Guilty: Thomas Gregory Davis (1) count 3. Terminated motions [21-1] motion to Continue trial ; Court accepts plea. (njz) (Entered: 02/19/2002) |
| 02/19/2002 | 26 | Plea Agreement as to Thomas Gregory Davis Jr. (Copy to Judge Broadwater, AUSA, USPO, USM, counsel, and dft. (via counsel) (njz) (Entered: 02/19/2002) |

| | | |
|---|---|---|
| 02/19/2002 | 27 | Clerk's Witness list as to Thomas Gregory Davis Jr. re: change of plea hearing held 2/19/02 in Martinsburg. (Copy to Judge Broadwater) (njz) (Entered: 02/19/2002) |
| 02/20/2002 | 28 | ORDER Filing Plea Agreement and directing USPO to prepare PSI as to Thomas Gregory Davis Jr. (Signed by Judge W. Craig Broadwater) (Copy to Judge Broadwater, AUSA, USPO, USM, counsel, and dft. (via counsel) (njz) (Entered: 02/20/2002) |
| 02/20/2002 | | Sentencing set for 1:30 5/13/02 for Thomas Gregory Davis Jr. (1) count 3. (njz) (Entered: 02/20/2002) |
| 05/10/2002 | | **Terminated document (motion) as to Thomas Gregory Davis Jr.:[21-1] motion to Continue trial. (njz) (Entered: 05/10/2002) |
| 05/13/2002 | | Sentencing held 5/13/02 in Martinsburg re: Thomas Gregory Davis (1) count 3. (njz) (Entered: 05/13/2002) |
| 05/13/2002 | 29 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Thomas Gregory Davis Jr. (Sealed and placed in vault in Martinsburg) (njz) (Entered: 05/13/2002) |
| 05/13/2002 | | Special assessment of $100.00 paid in full by Thomas Gregory Davis Jr. Rec't 35370. (njz) (Entered: 05/13/2002) |
| 05/14/2002 | 30 | ORDER of sentencing hearing as to Thomas Gregory Davis Jr. (Signed by Judge W. Craig Broadwater) (Copy to Judge Broadwater, AUSA, USPO, USM, counsel, and dft. (via counsel) (njz) (Entered: 05/14/2002) |
| 05/14/2002 | 31 | JUDGMENT AND COMMITMENT ORDER re: Thomas Gregory Davis (1). Dft. pled guilty to count 3. Dft. to be incarcerated for a term of 51 months; 3 years supervised release; special assessment of |

|  |  |  |
|---|---|---|
|  |  | $100.00 paid in full. Counts 1 and 2 are dismissed upon motion by AUSA. (Copies to Judge Broadwater, AUSA, Counsel, USPO, USM(5), Fin. Dep., SF NO MSF-02-70) (njz) (Entered: 05/14/2002) |
| 05/14/2002 |  | DISMISSAL of Counts on Government Motion as to Thomas Gregory Davis Jr. Terminated [21-1] motion to Continue trial. Counts Dismissed: 1-2. (njz) (Entered: 05/14/2002) |
| 05/14/2002 |  | **Termination of party Thomas Gregory Davis, pending deadlines, and pending motions as to Thomas Gregory Davis Jr. Terminating [21-1] motion to Continue trial. (njz) (Entered: 05/14/2002) |
| 05/14/2002 |  | **Case closed as to Thomas Gregory Davis Jr. (njz) (Entered: 05/14/2002) |
| 06/28/2002 |  | CJA 20 Authorization to pay Paul G. Taylor for defendant Thomas Gregory Davis Jr. Voucher # 020618000061 ( Signed by Judge W. Craig Broadwater ) (admin) (Entered: 06/28/2002) |
| 07/01/2002 | 32 | J and C Returned Executed as to Thomas Gregory Davis Jr. on 6/20/02. (c to 2410) (fce) (Entered: 07/03/2002) |
| 07/02/2002 | 33 | J and C Returned Executed as to Thomas Gregory Davis Jr. on 6/28/02. (Copy to Judge Broadwater) (njz) (Entered: 07/08/2002) |

AO 245B (Rev. 3/01) Judgment in a Criminal Ca
Sheet 1

# UNITED STATES DISTRICT COURT

__Northern__ District of __West Virginia__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| THOMAS GREGORY DAVIS, JR. | Case Number: 3:01-CR-27-01 |
| | Paul Taylor |
| | Defendant's Attorney |

**ENTERED MAY 1 4 2002 U.S. DISTRICT COURT MARTINSBURG, WV 25401**

**THE DEFENDANT:**

X pleaded guilty to count(s) __3__

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §841(a)(1) | Distribution of .48 Gram of Crack Cocaine | April 25, 2001 | 3 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s) __1 and 2__   ☐ is   X are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 09/14/79

Defendant's USM No.: 04152-087

Defendant's Residence Address:
81 Southern Avenue, S.E.
#10
Washington, D.C. 20032

Defendant's Mailing Address:
81 Southern Avenue, S.E.
#10
Washington, D.C. 20032

May 13, 2002
Date of Imposition of Judgment

*W. Craig Broadwater*
Signature of Judicial Officer

W. Craig Broadwater, United States District Court Judge
Name and Title of Judicial Officer

MAY 13, 2002
Date

AO 245B     (Rev. 3/01) Judgment in Criminal Case
               Sheet 2 — Imprisonment

Judgment · Page   2   of   5

DEFENDANT:     Thomas Gregory Davis, Jr.
CASE NUMBER:     3:01-CR-27-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of   51 months   .

X     The court makes the following recommendations to the Bureau of Prisons:
     1. The defendant shall participate in the 500 Hour Drug treatment program.
     2. The defendant shall serve his sentence in a facility nearest his residence in Washington, D.C.
     3. That given the defendant's minimal criminal history and sentence of 51 months, the Bureau of Prisons evaluate him, when he becomes eligible, for participation in the Shock Incarceration Program.

X     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐ as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 5

DEFENDANT: Thomas Gregory Davis, Jr.
CASE NUMBER: 3:01-CR-27-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term  3 years

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page 4 of 5

DEFENDANT: Thomas Gregory Davis, Jr.
CASE NUMBER: 3:01-CR-27-01

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall provide the probation officer with access to any requested financial information.
2. The defendant shall participate in a program of testing, counseling, and treatment for the use of alcohol or drugs if so ordered by the probation officer.
3. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 5

DEFENDANT: Thomas Gregory Davis, Jr.
CASE NUMBER: 3:01-CR-27-01

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ N/A | $ N/A |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ _____ | $ _____ |  |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
U.S. DISTRICT COURT
DEC 5 2001
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 3:01CR27 |
| v. | Violations: 21 USC 841(a)(1) |
| THOMAS GREGORY DAVIS, JR., a/k/a "SNOOP," | 21 USC 841(b)(1)(C) |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1.

On or about the 6th day of April, 2001, at approximately 1:50 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant THOMAS GREGORY DAVIS, JR., a/k/a "SNOOP," did unlawfully, knowingly, intentionally and without authority distribute approximately .12 gram of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $50.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office.
ATTEST: D. Wally Edgell
Clerk, U.S. District Court
Northern District of West Virginia

By: [signature]
Deputy Clerk

## COUNT 2.

On or about the 6th day of April, 2001, at approximately 3:07 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant THOMAS GREGORY DAVIS, JR., a/k/a "SNOOP," did unlawfully, knowingly, intentionally and without authority distribute approximately .36 gram of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2

## COUNT 3.

On or about the 25th day of April, 2001, at approximately 2:20 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant THOMAS GREGORY DAVIS, JR., a/k/a "SNOOP," did unlawfully, knowingly, intentionally and without authority distribute approximately .48 gram of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A true bill,

*[signature]*
Deputy Foreperson

*[signature]*
THOMAS E. JOHNSTON
United States Attorney

3